IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00702-MSK-OES

MARIANO J. PIMENTEL, on behalf of himself and
a Class of Judgment Creditors of the Estate of Ferdinand E. Marcos,

    Plaintiff,

v.

DENMAN INVESTMENT CORPORATION, INC.,

    Defendant.

## ORDER DENYING MOTION

THIS MATTER comes before the Court on a letter filed June 17, 2005 by counsel for the Plaintiff. Having considered the same,

**IT IS ORDERED** that:

(1) The letter is deemed to be a motion.

(2) The motion is denied for failure to comply with D.C.COLO.LCivR 7.1(A).

(3) The motion can be refiled in an appropriate format with notice to all parties.

Dated this 20th day of June, 2005.

                BY THE COURT:

                *Marcia S. Krieger*
                _____
                Marcia S. Krieger
                United States District Judge