IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00702-MSK-OES

MARIANO J. PIMENTEL, on behalf of himself and
a Class of Judgment Creditors of the Estate of Ferdinand E. Marcos,

      Plaintiff,

v.

DENMAN INVESTMENT CORPORATION, INC.,

      Defendant.

_____

**ORDER CONVERTING MOTION TO DISMISS
AND DENYING MOTION TO CONTINUE**

_____

**THIS MATTER** comes before the Court pursuant to the Defendant's Motion to Dismiss **(# 4)**, and the Plaintiff's Motion to Continue or Abate Defendant's Motion **(# 11)**.

Upon a cursory inspection of the Defendant's Motion to Dismiss, the Court observes that the Defendant has attached a number of documents that are neither attached to nor incorporated by reference into and relied upon in the Complaint. *Oxendine v. Kaplan*, 241 F.3d 1272, 1275 (10th Cir. 2001); *Jacobsen v. Deseret Book Co.*, 287 F.3d 936, 941 (10th Cir. 2002). The Court thus considers the motion to be one for summary judgment made pursuant to Fed. R. Civ. P. 56. In these circumstances, Fed. R. Civ P. 12(b) requires the Court to give notice to all parties of its intent to convert the motions to dismiss to motions for summary judgment

pursuant to Rule 56. Accordingly, the Court advises all parties of its intent to convert the motions to dismiss to motions for summary judgment pursuant to Rule 56.

In accordance with that conversion, within 10 calendar days of the date of this Order, the Defendant shall serve and file any additional evidentiary material that it deems pertinent to the arguments already presented in its Motion.[1] The Plaintiff shall have 30 days from the date of this Order to file a response to the Motion as if it had originally been presented pursuant to Rule 56. The Defendant may file a reply on the schedule set forth in D.C. Colo. L. Civ. R. 7.1(C). The Plaintiff's Motion to Continue or Abate Defendant's Motion **(# 11)** is **DENIED AS MOOT**.

Dated this 29th day of June, 2005

                                                                  **BY THE COURT:**

                                                                  */s/ Marcia S. Krieger*

                                                                  Marcia S. Krieger
                                                                  United States District Judge

---

[1] Note, however, that no further original briefing by the Defendant is authorized. To the extent that the Defendant beleives that its motion, as presented, fails to adequately state its arguments for purposes of a Rule 56 adjudication, it may, within 10 calendar days, withdraw the Motion without prejudice to refiling a proper Rule 12 or Rule 56 motion.