IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00702-MSK-OES

MARIANO J. PIMENTEL, on behalf of himself and a Class of Judgment Creditors of the Estate of Ferdinand E. Marcos,

Plaintiff(s),

vs.

DENMAN INVESTMENT CORPORATION, INC.,

Defendant(s).

---

ORDER GRANTING DEFENDANT'S
MOTION FOR PROTECTIVE ORDER STAYING ALL DISCOVERY

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Date:  November 30, 2005

Defendant has filed a motion in which it asks that I stay all discovery in this matter.  Plaintiff has responded by saying that the granting of a stay would be unfair to plaintiff because plaintiff needs to conduct discovery in order to respond to defendant's Motion to Dismiss, which has been converted by District Judge Marcia S. Krieger into a motion for summary judgment.  Plaintiff states that it has filed a brief in opposition to the Motion for Summary Judgment in which it included a request and affidavit pursuant to Rule 56(f), asking that it be allowed to conduct discovery for the purpose of responding to the Motion for Summary Judgment.

As I stated at the conclusion of the hearing of November 30, 2005, I am granting the motion for stay because I have concluded that Judge Krieger is the appropriate judge to resolve the question that is raised by defendant's present motion, and

plaintiff's pending Rule 56(f) request. By granting the motion for stay, I am tossing the ball back to Judge Krieger. She converted the Motion to Dismiss into one for summary judgment, and I assume that she did so because she observed in the motion the existence of issues that are more factual than legal in nature. Because the Motion for Summary Judgment is before Judge Krieger, she is in a better position than am I to determine whether plaintiff should be allowed discovery, and to what extent.

## ORDER

It is therefore ORDERED that Defendant's Motion for Protective Order Staying All Discovery [Doc. 30, filed Nov. 1, 2005] is GRANTED. The deadlines established by the Scheduling Order are VACATED, and all discovery is stayed pending any further resolution of this question by Judge Krieger.

Dated at Denver, Colorado, this day of: November 30, 2005

BY THE COURT:

s/ O. Edward Schlatter
_____
O. Edward Schlatter
United States Magistrate Judge