IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00702-MSK-MEH

MARIANO J. PIMENTEL, on behalf of himself and
a Class of Judgment Creditors of the Estate of Ferdinand E. Marcos,

      Plaintiff,

v.

DENMAN INVESTMENT CORPORATION, INC.,
IMELDA R. MARCOS, as Executor of the Estate of Ferdinand E. Marcos,
FERDINAND R. MARCOS, as Executor of the Estate of Ferdinand E. Marcos, and
ALL UNKNOWN PERSONS WHO CLAIM INTEREST IN THE
  SUBJECT MATTER OF THIS ACTION,

      Defendants.
_____

## ORDER VACATING TRIAL AND REFERRING ACTION
_____

**THIS MATTER** comes before the Court pursuant to the parties' Joint Motion to Vacate Trial **(# 64)**.

As a result of the reframing of the issues in this case, the trial date initially set by the Court is no longer appropriate. Accordingly, the trial date of February 27, 2007 is **VACATED** *sine die*.

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and FED. R. CIV. P. 72(a) and (b), this matter is referred to United States Magistrate Judge Michael E. Hegarty to convene a scheduling conference under FED. R. CIV. P. 16(b); to enter a Scheduling Order meeting the requirements of D.C.COLO.LCivR 16.2; to hear and determine any motions seeking amendment or modification of the Scheduling Order; to convene such settlement conferences as may facilitate resolution of this case; to hear and determine motions relating to discovery; and to hear and determine such

other motions as may be specifically referred.

Dated this 23d day of February, 2007

BY THE COURT:

Marcia S. Krieger
United States District Judge