IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00702-MSK-MEH

MARIANO J. PIMENTEL, on behalf of himself and
a Class of Judgment Creditors of the Estate of Ferdinand E. Marcos,

      Plaintiff,

v.

DENMAN INVESTMENT CORPORATION, INC.,
IMELDA R. MARCOS, as Executor of the Estate of Ferdinand E. Marcos,
FERDINAND R. MARCOS, as Executor of the Estate of Ferdinand E. Marcos, and
ALL UNKNOWN PERSONS WHO CLAIM INTEREST IN THE
  SUBJECT MATTER OF THIS ACTION,

      Defendants.
_____

## ORDER SETTING HEARING
_____

**THIS MATTER** comes before the Court *sua sponte*.

The Court will conduct a 15-minute, non-evidentiary hearing in this matter on **Tuesday, April 3, 2007** at **4:30 p.m.** for the purpose of addressing the trial date set by the parties and other scheduling matters. Counsel shall bring their calendars.

Dated this 22d day of March, 2007

                                **BY THE COURT:**

                                Marcia S. Krieger
                                United States District Judge