IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00702-MSK-MEH

MARIANO J. PIMENTEL, on behalf of himself and
a Class of Judgment Creditors of the Estate of Ferdinand E. Marcos,

    Plaintiff,

v.

DENMAN INVESTMENT CORPORATION, INC.,
IMELDA R. MARCOS, as Executor of the Estate of Ferdinand E. Marcos,
FERDINAND R. MARCOS, as Executor of the Estate of Ferdinand E. Marcos, and
ALL UNKNOWN PERSONS WHO CLAIM INTEREST IN THE
  SUBJECT MATTER OF THIS ACTION,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR SUBSTITUTION OF PARTIES

THIS MATTER is before the Court on the Unopposed Motion for Substitution of Parties **(#87).** The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#87) is GRANTED**. The caption shall be amended to denominate the Plaintiff as "135 Randomly Selected Class Claims and the Plaintiff Class as designated in the Judgment of February 3, 1995" on all future pleadings .

**IT IS FURTHER ORDERED** that the Renewed Motion to Certify Class **(#79)** is deemed withdrawn.

Dated this 12th day of April, 2007

                                            **BY THE COURT:**

                                            *[signature: Marcia S. Krieger]*

                                            Marcia S. Krieger
                                            United States District Judge