IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00702-MSK-KLM

135 RANDOMLY SELECTED CLASS CLAIMS AND THE PLAINTIFF CLASS AS
DESIGNATED IN THE JUDGMENT OF FEBRUARY 3, 1995,

    Plaintiff,

v.

DENMAN INVESTMENT CORPORATION, INC.,
IMELDA R. MARCOS, as Executor of the Estate of Ferdinand E. Marcos,
FERDINAND R. MARCOS, as Executor of the Estate of Ferdinand E. Marcos, and
ALL UNKNOWN PERSONS WHO CLAIM INTEREST IN THE
  SUBJECT MATTER OF THIS ACTION,

    Defendants.
_____

**ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE CIVIL ACTION**
_____

THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion for Administrative Closure **(#114)** filed October 11, 2007. Having reviewed the motion and good cause having been shown,

**IT IS ORDERED** that the Clerk shall administratively close this civil action for a period not to exceed 12 months. Reopening shall be subject to good cause having been shown.

DATED this 11th day of October, 2007.

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge