IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00702-MSK-KLM

MARIANO J. PIMENTEL, on behalf of himself and a Class of Judgment Creditors of the Estate of Ferdinand E. Marcos,

    Plaintiff(s),

v.

DENMAN INVESTMENT CORPORATION, INC.,
IMELDA R.  MARCOS,
FERDINAND  R.  MARCOS, and
ALL UNKNOWN PERSONS WHO CLAIM INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter is before the Court on Kristin R.B. White's **Motion for Withdrawal** [Docket No. 124; Filed March 24, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Attorney Kristin R.B. White is relieved of any further representation of Defendant Denman Investment Corporation, Inc. in the above captioned matter.  The Clerk's Office is instructed to terminate Kristin R.B. White from the electronic certificate of mailing.

    Dated:  April 13, 2009