IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00702-MSK-KLM

135 RANDOMLY SELECTED CLASS CLAIMS AND THE PLAINTIFF CLASS AS DESIGNATED IN THE JUDGMENT OF FEBRUARY 3, 1995,

    Plaintiff,

v.

DENMAN INVESTMENT CORPORATION, INC.,
IMELDA R. MARCOS, as Executor of the Estate of Ferdinand E. Marcos,
FERDINAND R. MARCOS, as Executor of the Estate of Ferdinand E. Marcos, and
ALL UNKNOWN PERSONS WHO CLAIM INTEREST IN THE
  SUBJECT MATTER OF THIS ACTION,

    Defendants.

## ORDER GRANTING STIPULATED MOTION FOR
## ORDER RELEASING LIS PENDENS

THIS MATTER comes before this Court upon the Stipulated Motion for Order Releasing Lis Pendens filed by Plaintiff and Defendant Denman Investment Corporation, Inc. herein, the parties having waived their right to a hearing on the motion.

THE COURT FINDS:

1. On or about 27th day of October, 2006, Plaintiff recorded a notice of lis pendens at Reception No. 206159004 in the real estate records in the Office of the Clerk and Recorder of El PasoCounty, Colorado (the "Lis Pendens").

2. The Lis Pendens stated that this action affects the title to the following real (property located in El Paso County, Colorado (the "Property"): See Exhibit A.

3. The parties have specifically agreed and represented to this Court that any judgment entered in this action will not affect the Property.

      4. There is no just reason for delay in entry of this Order.

      THEREFORE, IT IS HEREBY ORDERED:

      A. That the Lis Pendens is no longer in effect with respect to the Property; and

      B. That this Order is a final judgment as required by Rule 54(b), F.R.C.P., as to the matters set forth herein, which shall be separate and distinct from the issues remaining undecided in this action; and, as such, this Order is appealable as a separate judgment from and after the date of entry.

      DATED this 20th day of January, 2011.

      **BY THE COURT:**

*(signed)* Marcia S. Krieger

Marcia S. Krieger  
United States District Judge